IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL HAYNES,

    Plaintiff,

v.                                     CASE NO. 1:07-cv-00093-MP-AK
                                                    1:07-cv-00094-MP-AK
                                                    1:07-cv-00095-MP-AK

FLORIDA STATE PRISON, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 2, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida. The Magistrate Judge filed the Report and Recommendation on Monday, May 14, 2007. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has been made. In this instance, however, no objections were made.

The Court agrees with the Magistrate that because Florida State Prison is located in the Middle District of Florida, as are the other Defendants, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) is the United States District Court for the Middle District of Florida, Jacksonville Division. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

*Page 2 of 2*

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida, Jacksonville Division.

**DONE AND ORDERED** this   *21st*   day of June, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge

*Case No: 1:07-cv-00093-MP-AK*